[DO NOT PUBLISH]

# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 24-12009

Non-Argument Calendar

_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

*versus*

RONALD GEDDIS,

                                        Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 8:19-cr-00056-MSS-AEP-1

_____

2                          Opinion of the Court                          24-12009

Before JORDAN, BRANCH, and ANDERSON, Circuit Judges.

PER CURIAM:

Maribeth Wetzel, appointed counsel for Ronald Geddis in this appeal from an order granting a motion for return of property, *see* Fed. R. Crim. P. 41(g), has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967). Although a Rule 41(g) motion filed after the close of criminal proceedings is treated as a civil action in equity and falls under the district court's equitable jurisdiction, *see United States v. Howell*, 425 F.3d 971, 974 (11th Cir. 2005), the framework established in *Anders* applies. *See Dinkins v. State of Alabama*, 526 F.2d 1268, 1269-70 (5th Cir. 1976) (applying *Anders* to a habeas appeal, which was considered a civil proceeding).

Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and the orders of the district court are **AFFIRMED**.